DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VALERIE WILLIAMS,**
Appellant,

v.

**HORACE WILLIAMS,**
Appellee.

No. 4D2025-1387

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. 062023CA015644AXXXCE.

Peter Sylvester Adrien of Law Offices of Peter S. Adrien, P.A., Miami, for appellant.

Alex Paul Rosenthal of Rosenthal Law Group, Weston, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***